UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 21-CR-56 (CKK) |
| v. | : | |
| | : | |
| WILLIAM VOGEL | : | |

NOTICE OF FILING

The government requests that the attached discovery letter, dated April 28, 2021, be made part of the record in this case.

          Respectfully submitted,

          CHANNING D. PHILLIPS
          ACTING UNITED STATES ATTORNEY
          D.C. Bar No. 415793

By:    */s/ Jeffrey N. Poulin*
          Jeffrey N. Poulin
          WV Bar No. 11437
          Assistant United States Attorney
          United States Attorney's Office
          555 Fourth Street, N.W.
          Washington, DC 20530
          Phone: (202) 252-2641

CERTIFICATE OF SERVICE

On April 28, 2021, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

          */s/ Jeffrey N. Poulin*
          Jeffrey N. Poulin
          Assistant United States Attorney