

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

April 28, 2021

**BY EMAIL**
Eugene Ohm, Esq.
Assistant Federal Public Defender
625 Indiana Ave NW
Washington, D.C. 20004
202-258-7500
eugene_ohm@fd.org

     *Re:*  <u>*United States v. William Vogel*</u>
       Criminal No. 2021-CR-56 (CKK)

Dear Counsel:

   Attached please find additional discovery in this matter, which is being provided through a shared file on USA File Exchange titled "US v. William Vogel, 21-cr-56":

| Platform | Quantity | Description | Production Date |
|---|---|---|---|
| **USAfx** | **1 pdf** | 0176-NY 3368360_0000002.pdf<br>&bull; (U//FOUO) Spot check surveillance of 25 Holmes Road, Holmes, NY 12531 | **4/28/2021** |
| **USAfx** | **1 jpg** | 0176-NY-3368360_0000002_1A0000001_0000001.jpg<br>&bull; (U//FOUO) 25_Holmes_Rd.1.10.21.jpg | **4/28/2021** |
| **USAfx** | **1 doc** | 0176-NY-3368360_0000003_Import.docx<br>&bull; (U) CLEAR_VOGEL_WILLIAM_06161994.docx (***SENSITIVE** – pursuant to protective order*) | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000004.pdf<br>&bull; (U) NYPD LPR Hits for VOGEL | **4/28/2021** |
| **USAfx** | **4 pdfs** | 0176-NY-3368360_0000004_1A0000002_0000001.pdf<br>&bull; (U//FOUO) NYPD_LPR_1-7-21_0000hrs.pdf<br>0176-NY-3368360_0000004_1A0000002_0000002.pdf | **4/28/2021** |

|  |  | • (U//FOUO) NYPD_LPR_1-6-21_0606hrs.pdf<br>0176-NY-3368360_0000004_1A0000002_0000003.pdf<br>• (U//FOUO) NYPD_LPR_1-6-21_2359hrs.pdf<br>0176-NY-3368360_0000004_Import.pdf<br>• (U//FOUO) NYPD_LPR_1-6-21_0605hrs.pdf |  |
|---|---|---|---|
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000005.pdf<br>• (U//FOUO) Spot check surveillance of 25 Holmes Road, Holmes, NY 12531 | **4/28/2021** |
| **USAfx** | **1 jpg** | 0176-NY-3368360_0000005_1A0000003_0000001.jpg<br>• (U//FOUO) Spot_Check_Pic.jpg | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000006.pdf<br>• (U) Maryland LPR Hits-VOGEL | **4/28/2021** |
| **USAfx** | **1 import pdf** | 0176-NY-3368360_0000006_Import.pdf<br>• (U//FOUO) Maryland 01092021License_Plate_ReaderY_-LPR_KDC4369_positive.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000007.pdf<br>• (U) NJ LPR Hit-VOGEL | **4/28/2021** |
| **USAfx** | **1 import pdf** | 0176-NY-3368360_0000007_Import.pdf<br>• (U//FOUO) KDC4369_DEASIL-1.pdf | **4/28/2021** |
| **USAfx** | **1 import pdf** | 0176-NY-3368360_0000008_Import.pdf<br>• (U//FOUO) WILLIAM_VOGEL_Report.pdf | **4/28/2021** |
| **USAfx** | **1 import pdf** | 0176-NY-3368360_0000009_Import.pdf<br>• (U//FOUO) Facebook_SIGNED_21sc67_Signed_Warrant.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000010.pdf<br>• (U//FOUO) Spot check surveillance of 25 Holmes Road, Holmes, NY 12531 | **4/28/2021** |
| **USAfx** | **2 jpg** | 0176-NY-3368360_0000010_1A0000004_0000001.jpg<br>• Photo attached to Spot Check Surveillance(1)<br>0176-NY-3368360_0000010_1A0000004_0000002.jpg<br>• (Photo attached to Spot Check Surveillance(2) | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000011_Import.pdf<br>• (U//FOUO) 2021_01_12_ICE_HSI_Report_on_William_VOGEL.pdf<br>(**SENSITIVE** – *pursuant to protective order*) | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000012.pdf<br>• (U) Image of WILLIAM VOGEL | **4/28/2021** |
| **USAfx** | **1 jpg** | 0176-NY-3368360_0000012_Import.JPG<br>• (U) VOGEL_WILLIAM_DMV_Image.JPG | **4/28/2021** |

| USAfx | 1 pdf | 0176-NY-3368360_0000013.pdf<br>• (U//FOUO) Spot check surveillance of 25 Holmes Road, Holmes, NY 12531 | 4/28/2021 |
|---|---|---|---|
| USAfx | 3 jpg | 0176-NY-3368360_0000013_1A0000005_0000001.jpg<br>• Photo Attached to Spot Check Surveillance(1)<br>0176-NY-3368360_0000013_1A0000005_0000002.jpg<br>• Photo Attached to Spot Check Surveillance(2)<br>0176-NY-3368360_0000013_1A0000005_0000003.jpg<br>• Photo Attached to Spot Check Surveillance(3) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000015.pdf<br>• (U) Search Warrant Service-Facebook | 4/28/2021 |
| USAfx | 2 html | 0176-NY-3368360_0000015_1A0000006_0000001.html<br>• Related to Search Warrant to Facebook (preservation)<br>0176-NY-3368360_0000015_1A0000006_0000002.html<br>• Related to Search Warrant to Facebook (Index) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000015_1A0000006_0000003.pdf<br>• (U) Facebook_SIGNED_21sc67_Signed_Warrant.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000015_1A0000006_0000004.pdf<br>• (U) Facebook_affidavit_will_vogel.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000017.pdf<br>• (U) Interview of J.P. (**Redacted**) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000017_1A0000007_0000001.pdf<br>• (U) Notes-J.P.Interview.pdf (**Redacted**) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000018.pdf<br>• (U//FOUO) Facebook Search Warrant return | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000018_1A0000008_0000001.pdf<br>• (U//FOUO) Facebook_SIGNED_Order_to_Seal.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000018_1A0000008_0000002.pdf<br>• (U//FOUO) Facebook_SIGNED_21sc67_Signed_Warrant.pdf | 4/28/2021 |
| USAfx | 1 txt | 0176-NY-3368360_0000018_1A0000009_0000001.txt<br>• (U//FOUO) FB Read Me.txt | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000018_1A0000009_0000002.pdf<br>• (U//FOUO) Facebook_affidavit_will_vogel.pdf | 4/28/2021 |
| USAfx | 1 html | 0176-NY-3368360_0000018_1A0000009_0000003.html<br>• (U//FOUO) FB index.html | 4/28/2021 |
| USAfx | 1 html | 0176-NY-3368360_0000018_1A0000009_0000004.html<br>• (U//FOUO) FB preservation-1.html | 4/28/2021 |

| USAfx | 1 pdf | 0176-NY-3368360_0000019.pdf<br>• (U) This lead is covered by Full Field Investigation 176-NY-3368360 with identified subject WILLIAM VOGEL who created the referenced video. | 4/28/2021 |
|---|---|---|---|
| USAfx | 1 pdf | 0176-NY-3368360_20_MARKED_v2.pdf<br>• (U) Interview of J.W. (*Redacted*) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_20_attachment_MARKED_v2.pdf<br>• (U) J.W. Notes.pdf (*Redacted*) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_21_MARKED_v2.pdf<br>• (U) Interview of N.L. (*Redacted*) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_21_attachment_MARKED_v2.pdf<br>• (U) N.L. Notes.pdf. (*Redacted*) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_22_MARKED.pdf<br>• (U) Interview of T.S. (*Redacted*) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_22_attachment_MARKED.pdf<br>• (U) T.S. Notes.pdf (*Redacted*) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000023.pdf<br>• (U//FOUO) Search Warrant Execution - William Vogel, 68 West Main Street, Pawling, NY 12564 | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_24_MARKED.pdf<br>• (U//FOUO) Interview of W.W. (*Redacted*) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_24_attachment_MARKED.pdf<br>• (U//FOUO) W.W. InterviewNotes.pdf (*Redacted*) | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000025.pdf<br>• (U//FOUO) NCIC Results for DJS AR-15, Serial DJS150856 | 4/28/2021 |
| USAfx | 1 import pdf | 0176-NY-3368360_0000026_Import.pdf<br>• (U//FOUO) Vogel_eTrace_T20210036541_DJS_rifle_SN_DJS 15-0856.pdf | 4/28/2021 |
| USAfx | 1 import pdf | 0176-NY-3368360_0000027_Import.pdf<br>• (U//FOUO) Vogel_AO_93C_w_attach_Signed.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000028.pdf<br>• (U//FOUO) Search of William Vogel Residence - 68 W Main Street, Pawling, NY 12564 | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000028_1A0000014_0000001.pdf<br>• (U//FOUO) Evidence Collected Item Log120509.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000028_1A0000014_0000002.pdf<br>• (U//FOUO) Search Warrant Execution Log120443.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360_0000028_1A0000014_0000003.pdf<br>• (U//FOUO) Receipt For Property and Search Warrant Return120644.pdf | 4/28/2021 |

| | | | |
|---|---|---|---|
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000028_1A0000014_0000007.pdf<br>• (U//FOUO) Consent To Search 120832.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000028_1A0000014_0000008.pdf<br>• (U//FOUO) Sketch of Search120748.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000028_1A0000014_0000015.pdf<br>• (U//FOUO) Crime Scene SIgn-in Log120412.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000028_1A0000014_0000018.pdf<br>• (U//FOUO) Vogel Photo Log150431.pdf | **4/28/2021** |
| **USAfx** | **1 Folder** | Folder titled: Photos from Search Warrant of Residence<br>• **Containing 54 photos** | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000029.pdf<br>• (U) Arrest of WILLIAM VOGEL | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_30_TTK_MARKED.pdf<br>• (U//FOUO) 030121-1116.pdf (***Redacted***) | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_31_TTK_MARKED.pdf<br>• (U//FOUO) 03032021-1137.pdf (***Redacted***) | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_32_TTK_MARKED.pdf<br>• (U//FOUO) 03032021  -  1650.pdf (***Redacted***) | **4/28/2021** |
| **USAfx** | **2 pdf** | 0176-NY-3368360_33.1_TTK_MARKED.pdf<br>• (U//FOUO) William_Vogel_Image_Results.pdf<br>(***Redacted***)<br>0176-NY-3368360_33.2_TTK_MARKED.pdf<br>• (U//FOUO) Will_Vogel_Image_Results.pdf (2)<br>**(Redacted)** | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_35_MARKED.pdf<br>• (U//FOUO) 200121-1723.pdf (***Redacted***) | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_36_MARKED.pdf<br>• (U//FOUO) 210121-0910.pdf (***Redacted***) | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000037_1A0000003_0000001.pdf<br>• (U) signed-21-sc-241_Search_Warrant.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000037_1A0000003_0000002.pdf<br>• (U) signed-21-sc-241_Motion_to_Seal.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000037_Import.pdf<br>• (U) signed-21-sc-241_Search_Warrant.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000038_1A0000004_0000001.pdf<br>• (U) SIGNED_21-MJ-159_Complaint_Vogel.pdf | **4/28/2021** |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000038_1A0000004_0000002.pdf<br>• (U) SIGNED_21-MJ-159_Statement_of_Facts_-<br>Vogel.pdf | |
| **USAfx** | **1 pdf** | 0176-NY-3368360_0000038_1A0000004_0000003.pdf<br>• (U) SIGNED_21-MJ-<br>159_Arrest_Warrant_Vogel.pdf | |

| USAfx | 1 pdf | 0176-NY-3368360_0000038_Import.pdf<br>• (U) SIGNED_21-MJ-159_Arrest_Warrant_Vogel.pdf | 4/28/2021 |
|---|---|---|---|
| USAfx | 1 pdf | 0176-NY-3368360-FISUR_0000002.pdf<br>• (U//FOUO) Spot check surveillance of 25 Holmes Road, Holmes, NY 12531 | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-FISUR_0000003.pdf<br>• (U//FOUO) 1/23/2021 - Roving Surveillance in Westchester County | |
| USAfx | 1 pdf | 0176-NY-3368360-FISUR_0000004.pdf<br>• (U//FOUO) Spot check surveillance of locations associated with William VOGEL | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000002_Import.pdf<br>• (U) Snapchat Preservation Signed 1-14-21.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000003_Import.pdf<br>• (U) AT&T Preservation Signed 1-14-21.pdf | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000004_Import.pdf<br>• (U) Twitter Preservation Request.pdf | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000005_Import.pdf<br>• (U) GOOGLE Preservation_Request.pdf | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000011.pdf<br>• (U//FOUO) Twitter Subpoena Results | 4/28/2021 |
| USAfx | 1 msg | 0176-NY-3368360-GJ_0000011_1A0000001_0000001.msg<br>• (U//FOUO) Twitter_Receipt_of_Information_Request_-_FBI_ref00DA0000000K0A8.5004w000024rUzyref.msg | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000012.pdf<br>• (U//FOUO) AT&T Subpoena Results | 4/28/2021 |
| USAfx | 1 TIF | 0176-NY-3368360-GJ_0000012_1A0000002_0000001.TIF<br>• (U//FOUO) Business_Cert.TIF | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000012_1A0000002_0000002.pdf<br>• (U//FOUO) ATT_Records_Key.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000012_1A0000002_0000003.pdf<br>• (U//FOUO) ReportAU_3136136.pdf | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000012_1A0000002_0000004.pdf<br>• (U//FOUO) ReportLandline_3136136.pdf | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000012_1A0000002_0000005.pdf<br>• (U//FOUO) ReportCT_3136136.pdf | |

| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000013.pdf<br>• (U//FOUO) Google Subpoena Results | 4/28/2021 |
|---|---|---|---|
| USAfx | 1 html | 0176-NY-3368360-GJ_0000013_1A0000003_0000001.html<br>• (U//FOUO) sprbld417.SubscriberInfo.html | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000013_1A0000003_0000002.pdf<br>• (U//FOUO) Google_Return_Letter_5254009.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000014_1A0000004_0000001.pdf<br>• (U//FOUO) SIGNED_21-MJ-159_Statement_of_Facts_-_Vogel.pdf | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000014_1A0000004_0000002.pdf<br>• (U//FOUO) SIGNED_21-MJ-159_Complaint_Vogel.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000014_1A0000004_0000003.pdf<br>• (U//FOUO) SIGNED_21-MJ-159_Statement_of_Facts_-_Vogelredacted.pdf | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000014_1A0000004_0000004.pdf<br>• (U//FOUO) SIGNED_21-MJ-159_Complaint_Vogel_Redacted.pdf | |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000014_Import.pdf<br>• (U//FOUO) SIGNED_21-MJ-159_Arrest_Warrant_Vogel.pdf | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000015.pdf<br>• (U//FOUO) Snapchat Subpoena Results | 4/28/2021 |
| USAfx | 1 pdf | 0176-NY-3368360-GJ_0000015_1A0000005_0000001.pdf<br>• (U) Snapchat_GJ2021011769626_signed_return.pdf | 4/28/2021 |
| USAfx | 1 zip folder (with files therein) | 0176-NY-3368360-GJ_0000015_1A0000005_0000002.zip<br>• (U) Snapchat_Production-130212106-20210101-kejht.zip | 4/28/2021 |

Respectfully,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY


By:     _/s/ *Jeffrey N. Poulin*_____
        Jeffrey N. Poulin
        Assistant United States Attorney