UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | Case No. 21-CR-56 (CKK) |
| v. | : | |
| | : | |
| WILLIAM VOGEL | : | |

NOTICE OF FILING

    The government requests that the attached letter, dated May 10, 2021, be made part of the record in this case.

                                                        Respectfully submitted,

                                                        CHANNING D. PHILLIPS
                                                        ACTING UNITED STATES ATTORNEY
                                                        D.C. Bar No. 415793

                      By:     */s/ Jeffrey N. Poulin*
                                       Jeffrey N. Poulin
                                       WV Bar No. 11437
                                       Assistant United States Attorney
                                       United States Attorney's Office
                                       555 Fourth Street, N.W.
                                       Washington, DC 20530
                                       Phone: (202) 252-2641

CERTIFICATE OF SERVICE

    On May 10, 2021, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

                                                         */s/ Jeffrey N. Poulin*
                                                         Jeffrey N. Poulin
                                                        Assistant United States Attorney