

U.S. Department of Justice

Channing D. Phillips
Acting United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St., N.W.*
*Washington, D.C. 20530*

May 10, 2021

BY EMAIL
Eugene Ohm, Esq.
Assistant Federal Public Defender
625 Indiana Ave., NW
Washington, DC 20004
Eugene_Ohm@fd.org

      Re:    *United States v. William Vogl*
                  Case No. 2021-CR-56 (CKK)

Dear Counsel:

      I write to respond to your April 27, 2021 letter requesting a Bill of Particulars as to counts Two and Three in the Information. The Information in this case contains a plain, concise, and definite statement of the essential facts constituting each charged offense and complies with Rule 7 of the Federal Rules of Criminal Procedure. The complaint and previously produced discovery provides still further information about the charges brought against your client. To the extent you seek additional discovery regarding the defendant's conduct, the government anticipates providing additional documents and materials in future discovery production(s). Given these facts, a Bill of Particulars is unwarranted.

      If you have any questions about the status of discovery, or questions about the materials previously provided, please feel free to contact me.

                                          Sincerely,

                                          /s/ *Jeffrey N. Poulin*
                                          Jeffrey N. Poulin
                                          Assistant United States Attorney