UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Case No.: 21-CR-56 (CKK) |
| v. | : | |
| | : | |
| WILLIAM VOGEL | : | |

NOTICE OF APPEARANCE

The United States of America, through undersigned counsel, hereby informs the Court that Trial Attorney Laura Hill is entering her appearance in the above-captioned matter as counsel for the United States.

Respectfully submitted,

DATED: May 10, 2021

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By:   */s/ Laura E. Hill*
Laura E. Hill
Nevada Bar No. 13894
Trial Attorney
District of Columbia
Capitol Riot Detailee
175 N Street, NE, Room 9.1811
Washington, D.C. 20002
Phone: (202) 598-3962
Laura.E.Hill@usdoj.gov

CERTIFICATE OF SERVICE

      On May 10, 2021, a copy of the foregoing notice was served on defendant's counsel through the Court's Electronic Filing System.

                                                   */s/ Laura E. Hill*
                                                   Laura E. Hill
                                                   Trial Attorney
                                                   District of Columbia
                                                   Capitol Riot Detailee