# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.  : | |
| : | Case No.: 21-CR-056 |
| **WILLIAM VOGEL** : | |
| : | |
| **Defendant.** : | |

## GOVERNMENT'S NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Assistant United States Attorney, Jeffrey N. Poulin, as counsel for the United States, is terminating their appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

Respectfully Submitted,

CHANNING D. PHILLIPS
UNITED STATES ATTORNEY D.C.
D.C. Bar No. 415793

BY:   */s// Jeffrey N. Poulin*
Jeffrey N. Poulin
WV Bar. No. 11437
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W., Rm 4110
Washington, D.C. 20530
202-252-2641
jeffrey.poulin@usdoj.gov