# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | No.: 21-CR-56 (CKK) |
| v. | : | |
| WILLIAM VOGEL,<br>　　　　　Defendant. | : | |

## NOTICE OF FILING DISCOVERY CORRESPONDENCE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby files its May 25th discovery letter, memorializing discovery sent on May 25th, which is served as an attachment via ECF on counsel for the Defendant.

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
D.C. Bar No. 415793

By: /s/ Laura E. Hill
　　Laura E. Hill
　　Nevada Bar No. 13894
　　Trial Attorney
　　District of Columbia Capitol Riot Detailee
　　175 N Street, NE, Room 9.1811
　　Washington, D.C. 20002
　　Phone: (202) 598-3962
　　Laura.E.Hill@usdoj.gov

## CERTIFICATE OF SERVICE

On May 26, 2021, a copy of the foregoing notice and attached discovery letter were served on defendant's counsel through the Court's Electronic Filing System with the listed attachments provided to counsel through the means described in the discovery letter.

/s/ Laura Hill
Laura Hill
Trial Attorney