UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CASE NO. 21-cr-56 (CKK) |
| v. | : | |
| | : | |
| WILLIAM VOGEL, | : | |
| | : | |
| Defendant. | : | |

**MOTION FOR AN ORDER TO DISCLOSE ITEMS PROTECTED BY**
**FEDERAL RULE OF CRIMINAL PROCEDURE 6(e) AND SEALED MATERIALS**

The United States of America respectfully moves for entry by this Court of an order permitting the disclosure in discovery of materials protected by Federal Rule of Criminal Procedure 6(e). The United States also requests permission to provide in discovery sealed materials, pursuant to the previously entered protective order governing discovery. Finally, the United States requests that any order granting this motion be made applicable to co-defendants who may later be joined.

The United States conferred with counsel for the defendant regarding this motion, and defense counsel consents to this motion.

1

WHEREFORE, the United States respectfully requests an order authorizing the disclosure in discovery of the materials described above.

                                Respectfully submitted,

                                CHANNING PHILLIPS
                                Acting United States Attorney
                                D.C. Bar No. 415793

By:      */s/ Laura E. Hill*
          LAURA E. HILL
          Trial Attorney, detailed to the
          District of Columbia
          NV Bar No. 13894
          175 N Street, NE, 9th Floor
          Washington, DC 20002
          (202) 598-3962
          Laura.E.Hill@usdoj.gov