UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | CASE NO. 21-CR-00056 |
| : | |
| WILLIAM VOGEL, : | |
| : | |
| Defendant. : | |

## NOTICE OF WITHDRAWAL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that Trial Attorney Laura Hill, as counsel for the United States, is terminating her appearance as counsel of record in this matter. All other government counsel noted on the docket at the time of this filing will remain counsel for the United States.

    Respectfully Submitted,

    MATTHEW M. GRAVES
    UNITED STATES ATTORNEY
    D.C. Bar No. 481052

by:    /s/ *Laura E. Hill*
    LAURA E. HILL
    Trial Attorney, Detailee
    NV Bar Number 13894
    175 N Street, NE, 9th Floor
    Washington, D.C. 20002
    (202) 598-3962
    Laura.E.Hill@usdoj.gov