UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| : | **Criminal No. 1:21-cr-00056 (CKK)** |
| : | |
| **WILLIAM VOGEL** : | |

### CONSENT MOTION TO CONTINUE STATUS HEARING

William Vogel respectfully requests that the Court continue his status hearing, scheduled for May 25, 2022, until the week of July 5, 2022. In support of this Motion, counsel states the following.

1. William Vogel was arrested on January 25, 2021 for misdemeanor offenses relating to events at the U.S. Capitol on January 6, 2021.

2. Counsel for Mr. Vogel has been in trial since May 4th, leaving little time for significant discussions either with Mr. Vogel or with the assigned Assistant United States Attorney. Thus, counsel requires an additional time, approximately thirty days, to confer with Mr. Vogel about whether to set this case for trial.

3. The government consents to this motion.

4. Mr. Vogel does not oppose exclusion under the Speedy Trial Act until the next court date.

Wherefore, for the foregoing reasons, Mr. Vogel requests that the Court continue his status hearing until the week of July 4, 2022.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER


／s/
_____
EUGENE OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C.  20004
(202) 208-7500