UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | Criminal No. 1:21-cr-00056 (CKK) |
| : | |
| WILLIAM VOGEL : | |

**ORDER**

It is hereby ORDERED that the Motion to Continue Status Hearing is GRANTED and that the Status Hearing is continued until July __, 2022; it is further

ORDERED that time under the Speedy Trial Act is excluded until that date.


Date: _____      _____
                           JUDGE COLLEEN KOLLAR-KOTELLY
                           UNITED STATES DISTRICT COURT FOR THE
                           DISTRICT OF COLUMBIA