UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    v.<br><br>WILLIAM VOGEL,<br><br>    Defendant. | Criminal No. 21-cr-56 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(August 31, 2022)

The parties shall prepare their proposed Pretrial Scheduling Order using this template for discussion at the next Status Hearing.

*Proposed Deadlines*

Discovery & Associated Deadlines
| | |
|---|---|
| Government to complete any final discovery under present information | September 30, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | September 30, 2022 |
| Government to complete discovery under any superseding indictment | October 15, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | October 31, 2022 |

Expert Notices & Other Crimes Evidence
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | November 15, 2022 |
| Defendant's expert notice (FRE 701 & 702) | November 15, 2022 |
| Government's FRE 404(b) notice | December 1, 2022 |
| Defendant's response to FRE 404(b) notice | December 22, 2022 |
| *Brady* notice | Completed |

Experts
| | |
|---|---|
| Expert reports (FRE 702) | January 16, 2023 |
| Lay witness identification and subject matter (FRE 701) | January 16, 2023 |

Non-Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | October 31, 2022 |
|     Government's response to Defendant's non-evidentiary motions | December 1, 2022 |
|     Defendant's reply as to non-evidentiary motions | December 22, 2022 |
| Government's non-evidentiary pretrial motions | October 31, 2022 |
|     Defendant's response to Government's non-evidentiary motions | December 8, 2022 |
|     Government's reply as to non-evidentiary motions | January 9, 2022 |

1

<u>Evidentiary Pretrial Motions</u>

| | |
|---|---|
| Defendant's evidentiary pretrial motions, such as motions to suppress evidence, or *Daubert* | January 16, 2023 |
|     Government's response to Defendant's evidentiary motions | January 30, 2023 |
|     Defendant's reply as to evidentiary motions | February 6, 2023 |
| Government's evidentiary pretrial motions, such as *Daubert* and other crimes (404(b)) | January 16, 2023 |
|     Defendant's response to Government's evidentiary motions | January 30, 2023 |
|     Government's reply as to evidentiary motions | February 6, 2023 |

<u>Motions in Limine</u>

| | |
|---|---|
| Motions *in limine* by both sides | January 23, 2023 |
| Responses to motions *in limine* | February 6, 2023 |
| Replies as to motions *in limine* | February 13, 2023 |
| Joint notice of stipulations | January 23, 2023 |
| *Giglio* and *Jencks* material | March 6, 2013 |
| *Voir Dire* and Jury Instructions | February 13, 2023 |

<u>Witness and Exhibit Lists</u>

| | |
|---|---|
| Government's witness list, exhibit list and exhibits | February 13, 2023 |
| Defendant's witness list, exhibit list and exhibits | February 13, 2023 |

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

    **SO ORDERED.**

                                                              COLLEEN KOLLAR-KOTELLY
                                                              United States District Judge