**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM VOGEL,<br><br>Defendant. | Criminal No. 21-cr-56 (CKK) |

**PRETRIAL SCHEDULING ORDER**
(September 12, 2022)

The parties shall adhere to the following deadlines in advance of trial..

*Proposed Deadlines*

Discovery & Associated Deadlines
| | |
|---|---|
| Government to complete any final discovery under present information | September 30, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | September 30, 2022 |
| Government to complete discovery under any superseding indictment | October 15, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | October 31, 2022 |

Expert Notices & Other Crimes Evidence
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | November 15, 2022 |
| Defendant's expert notice (FRE 701 & 702) | November 15, 2022 |
| Government's FRE 404(b) notice | December 1, 2022 |
| Defendant's response to FRE 404(b) notice | December 22, 2022 |
| *Brady* notice | Completed |

Experts
| | |
|---|---|
| Expert reports (FRE 702) | January 16, 2023 |
| Lay witness identification and subject matter (FRE 701) | January 16, 2023 |

Non-Evidentiary Pretrial Motions
| | |
|---|---|
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | October 31, 2022 |
|     Government's response to Defendant's non-evidentiary motions | December 1, 2022 |
|     Defendant's reply as to non-evidentiary motions | December 22, 2022 |
| Government's non-evidentiary pretrial motions | October 31, 2022 |
|     Defendant's response to Government's non-evidentiary motions | December 8, 2022 |
|     Government's reply as to non-evidentiary motions | January 9, 2022 |

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                January 16, 2023
    Government's response to Defendant's evidentiary motions    January 30, 2023
    Defendant's reply as to evidentiary motions                 February 6, 2023
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                        January 16, 2023
    Defendant's response to Government's evidentiary motions    January 30, 2023
    Government's reply as to evidentiary motions                February 6, 2023

Motions in Limine
Motions *in limine* by both sides                                  January 23, 2023
Responses to motions *in limine*                                   February 6, 2023
Replies as to motions *in limine*                                  February 13, 2023

Joint notice of stipulations                                       January 23, 2023

*Giglio* and *Jencks* material                                     March 6, 2013

*Voir Dire* and Jury Instructions                                  February 13, 2023

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits               February 13, 2023
Defendant's witness list, exhibit list and exhibits                February 13, 2023

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is tentatively set for **April 11, 2022** in Courtroom 28-A.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge