**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>WILLIAM VOGEL,<br><br>Defendant. | Criminal No. 21-cr-56 (CKK) |

**AMENDED PRETRIAL SCHEDULING ORDER**
(September 12, 2022)

The parties shall adhere to the following deadlines in advance of trial.

|  | *Deadlines* |
|---|---|
| **Discovery & Associated Deadlines** | |
| Government to complete any final discovery under present information | September 30, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | September 30, 2022 |
| Government to complete discovery under any superseding indictment | October 15, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | October 31, 2022 |
| | |
| **Expert Notices & Other Crimes Evidence** | |
| Government's expert notice (FRE 701 & 702) | November 15, 2022 |
| Defendant's expert notice (FRE 701 & 702) | November 15, 2022 |
| Government's FRE 404(b) notice | December 1, 2022 |
| Defendant's response to FRE 404(b) notice | December 22, 2022 |
| *Brady* notice | Completed |
| | |
| **Experts** | |
| Expert reports (FRE 702) | January 16, 2023 |
| Lay witness identification and subject matter (FRE 701) | January 16, 2023 |
| | |
| **Non-Evidentiary Pretrial Motions** | |
| Defendant's non-evidentiary pretrial motions, such as motions challenging the indictment | October 31, 2022 |
|     Government's response to Defendant's non-evidentiary motions | December 1, 2022 |
|     Defendant's reply as to non-evidentiary motions | December 22, 2022 |
| Government's non-evidentiary pretrial motions | October 31, 2022 |
|     Defendant's response to Government's non-evidentiary motions | December 8, 2022 |
|     Government's reply as to non-evidentiary motions | January 9, 2023 |

Evidentiary Pretrial Motions
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert* — December 19, 2022
    Government's response to Defendant's evidentiary motions — January 6, 2023
    Defendant's reply as to evidentiary motions — January 13, 2023
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b)) — December 19, 2022
    Defendant's response to Government's evidentiary motions — January 6, 2023
    Government's reply as to evidentiary motions — January 13, 2023

Motions in Limine
Motions *in limine* by both sides — January 16, 2023
Responses to motions *in limine* — February 30, 2023
Replies as to motions *in limine* — February 6, 2023

Joint notice of stipulations — January 23, 2023

*Giglio* and *Jencks* material — February 1, 2023

*Voir Dire* and Jury Instructions — February 6, 2023

Witness and Exhibit Lists
Government's witness list, exhibit list and exhibits — February 6, 2023
Defendant's witness list, exhibit list and exhibits — February 6, 2023

Pretrial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Trial is tentatively set for **February 20, 2022** in Courtroom 28-A.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge