UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff;** | ) | |
| | ) | |
| v. | ) | Case No. 21-CR-00056 (CKK) |
| | ) | |
| **WILLIAM VOGEL,** | ) | |
| | ) | |
| **Defendant.** | ) | |

NOTICE OF ASSIGNMENT

The above captioned case has been assigned to Assistant Federal Public Defender Katelyn Adams as co-counsel. Please send copies of all notice and inquiries to this attorney at the address listed.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____

KATELYN ADAMS
Assistant Federal Public Defender
625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004 (202)208-7500
Kate_Adams@fd.org