UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM VOGEL,<br><br>            Defendant. | Crim. Action No. 21CR56 (CKK) |

**MOTION FOR LEAVE TO LATE-FILE**
**NON-EVIDENTIARY PRETRIAL MOTIONS**

    Undersigned counsel respectfully moves the Court for leave to late-file two motions, a Motion to Dismiss Counts One and Two of the Information, and a Motion to Dismiss Count Four of the Information pursuant to Fed. R. Crim. P. 12 (b)(3). Count Four charges Mr. Vogel with one count of Parading and Picketing, in violation of 40 U.S.C. 5104 §(e)(2)(G). It has come to undersigned counsel's attention that counsel overlooked challenges to Counts One, Two, and Four of the Information, and failed to timely file motions to dismiss those counts. In an effort to avoid potential post-conviction claims, and to preserve these issues on appeal, counsel moves for leave to late-file. Counsel apologizes to the Court and the government for this oversight. In support of this Motion, counsel states:

    1. Mr. Vogel is before the Court charged by a four-count Information.

2. Trial is scheduled to commence February 20, 2023. Non-evidentiary pretrial motions were due October 31, 2022, with Responses due December 1, 2022, and Replies due December 22, 2022.

3. It has since come to counsel's attention that counsel overlooked potentially meritorious challenges to Counts One, Two and Four of the Information.

4. Mr. Vogel has a constitutional right to effective assistance of counsel. In order to provide Mr. Vogel with effective representation, counsel moves for leave to late-file so that counsel does not waive potentially meritorious and dispositive issues.

5. Accordingly, counsel now seeks for leave to late-file two non-evidentiary pretrial motions, filed contemporaneously with this Motion to Leave.

6. Counsel has reached out to government counsel but has not yet heard a response.  The government would not be prejudiced by the late filing of these motions as the defense does not oppose any proposed deadline for the government to file its response.  Second, the government has litigated these motions many times, as referenced in these pleadings.  In addition, Mr. Vogel's claims are not factually specific to this case.

Wherefore the foregoing reasons, counsel moves the Court for leave to late-file two non-evidentiary pretrial motions in the above-captioned case.

Respectfully Submitted,

A.J. KRAMER
FEDERAL PUBLIC DFENDER
_____/s/_____
Eugene Ohm
Kate Adams
Assistant Federal Public Defenders
Office of the Federal Public Defender
 for the District of Columbia
625 Indiana Avenue, N.W.
Washington, D.C. 20004
(202) 208-7500