UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM VOGEL,<br><br>        Defendant. | Crim. Action No. 21CR56 (CKK) |

## ORDER

Upon consideration of William Vogel's Motion to Leave for Late File, it is hereby ORDERED that the Motion is GRANTED and that Mr Vogel be permitted to late file his Motion to Dismiss Count 4 of the Information and his Motion to Dismiss Counts 1 and 2 of the Information.

So Ordered.

Date: _____

_____

Judge Colleen Kollar-Kotelly

United States District Court for the District of Columbia

4