UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM VOGEL,<br><br>　　　　　Defendant. | Crim. Action No. 21CR56 (CKK) |

**ORDER**

Upon consideration of William Vogel's Motion to Dismiss Count 4 of the Information, it is hereby ORDERED that the Motion is GRANTED and that Count 4 of the Information is Dismissed.

So Ordered.

Date: _____

_____

Judge Colleen Kollar-Kotelly

United States District Court for the District of Columbia