## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>WILLIAM VOGEL,<br><br>        Defendant. | Crim. Action No. 21CR56 (CKK) |

## ORDER

Upon consideration of William Vogel's Motion to Dismiss Counts 1 and 2 of the Information, it is hereby ORDERED that the Motion is GRANTED and that Counts 1 and 2 of the Information are Dismissed.

So Ordered.

Date: _____

_____

Judge Colleen Kollar-Kotelly

United States District Court for the District of Columbia