UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | No. 21-cr-56 (CKK) |
| | ) | |
| WILLIAM VOGEL, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## NOTICE OF FILING

Ms. William Vogel, through undersigned counsel, files the attached Notice of Public Authority defense to be made part of the record.

Respectfully submitted,

A. J. KRAMER
FEDERAL PUBLIC DEFENDER

/s/
_____
EUGENE K. OHM
Assistant Federal Public Defender
625 Indiana Avenue, N.W.
Suite 550
Washington, D.C. 20004
(202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No. 21-cr-56 (CKK) |
| | ) | |
| **WILLIAM VOGEL,** | ) | |
| | ) | |
| **Defendant** | ) | |
| _____ | ) | |

### NOTICE OF PUBLIC AUTHORITY DEFENSE

Mr. Vogel, through counsel, and pursuant to Federal Rule of Criminal Procedure 12.3, hereby gives notice that he may assert as a defense at trial that he was acting under actual or believed public authority at the time of the alleged offenses. Mr. Vogel submits that, on or about January 6, 2021, he was and believed he was directed and authorized to engage in the conduct set forth in the indictment by Donald J. Trump and his various agents and representatives. At the time, Mr. Trump was vested with the full authority of the Executive Branch as President of the United States of America and was acting under color of that authority.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Eugene Ohm
Kate Adams
Assistant Federal Public Defenders
625 Indiana Ave., N.W., Suite 550
Washington, D.C. 20004
(202) 208-7500

1