UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | Case No.: 21-cr-00056-CKK |
| | : | |
| **WILLIAM VOGEL** | : | |
| | : | |
| **Defendant.** | : | |

## NOTICE OF APPEARANCE

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is assigned to AUSA Zachary Phillips, who may be contacted by telephone at (720) 281-1611 and (303) 454-0118 or email at Zachary.phillips@usdoj.gov. This is notice of his appearance in this matter on behalf of the United States.

                                        Respectfully submitted,

                                        MATTHEW M. GRAVES
                                        United States Attorney
                                        D.C. Bar No. 481052

By:     /s/ *Zachary Phillips*
           ZACHARY PHILLIPS
           Assistant United States Attorney
           CO Bar No.31251
           United States Attorney's Office, Detailee
           1801 California Street, Suite 1600
           Denver, CO 80202
           Telephone: (303) 454-0118
           Zachary.phillips@usdoj.gov