**CERTIFICATE OF SERVICE**

On this 18th day of January 18, 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

/s/ *Zachary Phillips*
ZACHARY PHILLIPS
Assistant United States Attorney
CO Bar No.31251
United States Attorney's Office, Detailee
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0118
Zachary.phillips@usdoj.gov