Rev. 3/2010

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. ) Criminal Case No.: 21-056 (CKK)
)
WILLIAM VOGEL )
)
)

## WAIVER OF INDICTMENT

I, __WILLIAM VOGEL__, the above-named defendant, who is accused of Parading, Demonstrating, or Picketing in a Capitol Building, 40:5104(e)(2)(G)

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __February 1, 2023__ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before: _____  Date: __2/1/2023__
COLLEEN KOLLAR-KOTELLY
United States District Judge