UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>WILLIAM VOGEL )<br>)<br>Defendant. )<br>_____) | No. 21-cr-56 (CKK) |

**SUPPLEMENT TO WILLIAM VOGEL'S MEMORANDUM IN AID OF SENTENCING**

William Vogel hereby submits this supplement to his memorandum in aid of sentencing in this matter.

**CONCLUSION**

Mr. Vogel respectfully requests that the Court impose a period of probation and complete a period of community service. Mr. Vogel also requests that a fine not be imposed in light of his obligation to pay $500 restitution.

                                      Respectfully submitted,

                                      A.J. KRAMER
                                      FEDERAL PUBLIC DEFENDER

                                      _____/s/_____
                                      Eugene Ohm
                                      Assistant Federal Public Defender
                                      625 Indiana Ave. NW, Ste. 550
                                      Washington, D.C. 20004
                                      (202) 208-7500
                                      Eugene_ohm@fd.org