Dear Judge Kollar-Kotelly:

My name is Steven M. Delatorre. I am Sixty-Two Years of Age. I'm a Retired Detective from the New York City Police Department. I Retired in 2013 after completing 20.6 Years of service Primarily in the Manhattan and Bronx Narcotic Divisions. I have a Federal 911 W.T.C. Pension from Disabilities Acquired during the Clean Up after the Terrorist Attack on the World Trade Centers, 9/11/2001.The Disabilities were contracted from working at the Crime Scene Site at the World Trade Center's following the Terrorist Attack. I Watched the Attack on January 6th on T. V. many times. I never had any Prior Knowledge of Mr. Vogel's Intentions for being Present at the Capitol.

Mr. Vogel is a Good Family Friend. I have Known Him for approximately Four Years. We have never had an ALTERCATION OR MISUNDERSTANDING. He has spent many hours around my Immediate Family including My Ten-Year-Old Granddaughter Haley and My Six-Year-Old Grandson James. Mr. Vogel has been a Good Friend and he is Honest, Courteous and Respectful Always. I have never Observed Mr. Vogel Consume Alcohol or Illegal Drugs.

I'm Very Familiar with how Mr. Vogel goes Out of His Way to run around with His Vehicle Picking up His Family. His Father, Mother and Sister were all Driven to and from Work on Short Notice, Then Dropped at Home on Very Frequent and Sometimes on a Daily Basis. He's Definitely a Family Man.

Mr. Vogel is also Very Smart. He has excellent skills Working on His Vehicles for Transportation. His other Knowledgeable Trades are Plumbing and Electrical.

He is such a Good Friend that you can Enter a Room in the House and He will be Talking with one of the Children and Answering Questions with Patience. He Helps with the Kids while Visiting, without being Asked at any given time, even when he has worked All Day and is Exhausted.

Mr. Vogel has Grown Up in a Republican Environment. I would Like to suggest that His Knowledge and Skills would be Wasted should he be Incarcerated for any Period of TIME. I BELIEVE He is a Positive Influence in Society. Now that the Truth has been Exposed regarding any False Rumors of Stolen Elections Mr. Vogel has been Educated.

He is not a Destructive Person. He Builds, Reconstructs and Learns in a Positive Environment.

Due to my Current Disabilities, I Personally Mail in My Absentee Balot. I have never or will ever Entertain any Accusations of Improper Conduct by the Election Boards during the last Election. Unfortunately, Statements made by The Former President has many Americans Believing His Lies and I Feel Mr. Vogel has Learned and will not Make the same Mistake Again.

                                RESPECTFULLY SUBMITTED,

                                RETIRED DETECTIVE STEVEN M. DELATORRE