Dear Judge Kollar-Kotelly:

This is a letter of reference for William Vogel.

I understand that the Court is ready to set sentence for William regarding the Events of January 6th.

William is of sober Character. I have known William since he was 14 years old.  I know William to be caring and always willing to help anyone. William is not a wealthy person, he doesn't own property or new or expensive cars. This is largely due to the fact that he Puts other first before Money. He often "donates" his skills to help others in need of trades work, who would have a difficult time affording necessary repairs/work. Often William has repaired plumbing for those in need free of charge because he knew they needed functioning bathroom or kitchen facilities. He did so without charge simply because it was the right thing to do.

To classify William as a Malefactor is Wrong.

I hope the court considers this when sentencing William

Sincerely

Joseph M Woods
218 Grape Hollow Rd
Holmes, NY 12531