UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> v. ) <br> ) <br> WILLIAM VOGEL ) <br> ) <br> Defendant. ) <br> ) | No. 21-cr-56 (CKK) |

### Order

Upon consideration of defendant's Motion for Release Pending Appeal, the Court hereby grants the motion. Mr. Vogel will not have to report to the Bureau of Prisons pending the D.C. Circuit's decision in *United States v. James Little,* No. 22-3018 (D.C. Cir).

The Court directs the Probation Office to contact the Bureau of Prisons and make the BOP aware of the granting of this Motion.

_____
Colleen Kollar-Kottely
District Judge