# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 23-3109**　　　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　**1:21-cr-00056-CKK-1**

　　　　　　　　　　　　　　　　　　　　　　**Filed On: March 11, 2024** [2044358]

United States of America,

　　　　Appellee

　　v.

William Vogel,

　　　　Appellant

### M A N D A T E

　　In accordance with the order of March 11, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　　Emily K. Campbell
　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the order filed March 11, 2024