# United States Court of Appeals
### For The District Of Columbia Circuit

_____

**No. 23-3109**　　　　　　　　　　　　　　**September Term, 2023**

**1:21-cr-00056-CKK-1**

**Filed On:** March 11, 2024

United States of America,

      Appellee

    v.

William Vogel,

      Appellant

## O R D E R

    Upon consideration of appellant's motion for voluntary dismissal of his appeal and the declaration in support thereof, it is

    **ORDERED** that the motion be granted and this case be dismissed. See D.C. Circuit Handbook of Practice and Internal Procedures 35 (2021).

    The Clerk is directed to issue the mandate forthwith.

                                        **FOR THE COURT:**
                                        Mark J. Langer, Clerk

                            BY:    /s/
                                     Emily Campbell
                                     Deputy Clerk